**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03171-KLM

ROCKY MOUNTAIN WILD, INC., a Colorado non-profit corporation,
    Plaintiff,
v.
UNITED STATES BUREAU OF LAND MANAGEMENT, a federal agency; and
UNITED STATES DEPARTMENT OF INTERIOR, a federal agency,
    Defendants.

**UNOPPOSED MOTION TO EXTEND RULE 54 FEES/COSTS MOTION DEADLINE**

Plaintiff, through counsel, files this unopposed motion seeking a thirty-five-day extension of time - until September 7, 2023 - to file an attorney's fee/cost petition pursuant to Fed.R.Civ.P. 54 and 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act ("FOIA") attorney's fees/costs provision).  The current deadline is August 3, 2023. ECF 38 (Order/Judgement).

Plaintiff respectfully requests that the Court enter an order extending the Rule 54 deadline until September 7, 2023 to allow sufficient time for Plaintiff to present a fully supported motion for statutory fees, or in the alternative, to provide Defendants with materials that seek to resolve these related matters without further involvement of the Court. Fed.R.Civ.P. 54 (d)(2)(B) (setting a fourteen-day deadline, "unless the court provides otherwise"). Plaintiff respectfully submit that the following provides good cause to extend the deadline. Fed.R.Civ.P. 6(b).

1. On July 20, 2023, the Court entered an order and judgment that resolved all remaining matters in this FOIA litigation. ECF 38.

2. Plaintiff seeks to conserve resources of the parties and the court by providing Defendants with a letter detailing the basis and amount of Plaintiff's statutory fees/costs claim.  The letter would allow the Parties to engage an informed discussion of potential settlement.

3. The requested extension would allow the Parties to confer on potential resolution of some or all issues before the Parties begin incurring the time and expense of preparing fully supported fee/cost briefing.

4. No Party would be prejudiced by the requested extension.

5. The Parties conferred by email, and Defendants do not oppose the requested extension. Defendants' position on the extension request, however, should not be construed as an indication that Defendants believe Plaintiff is entitled to fees and/or costs in this matter.

RESPECTFULLY SUBMITTED July 28, 2023:

s/Travis E. Stills
**Travis E. Stills**
Energy & Conservation Law
227 E. 14th St, #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

**Matthew Sandler**
Rocky Mountain Wild
1536 Wynkoop St. Suite 900
Denver, CO 80202
303-579-5162
Matt@rockymountainwild.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023 I served a copy of this Motion using the CM/ECF system.

s/Travis E. Stills
**Travis E. Stills**